# WHITELAW & FANGIO

247-259 W. Fayette Street
Syracuse, New York 13202
Telephone (315) 472-7832
Fax No. (315) 472-7816
*(Service by fax not accepted)*

KENNETH D. WHITELAW
MARY LANNON FANGIO

mary@fangiolaw.com
kate@fangiolaw.com

Thursday, July 22, 2010

**RECEIVED**

US Bankruptcy Court
James M. Hanley Federal Building
100 S. Clinton Street, Room 315
Syracuse New York 13202

JUL 2 3 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Re:  Alan Lloyd Goodwin and Laurie Ann Goodwin
Case No. 06-30533

Gentlepersons:

Enclosed please find a check in the amount of $17,117.97, which represents dividend checks in the amount of $14,641.37 and $2476.60 issued to Direct Merchants Credit Card Bank NA, POB 43730, Baltimore MD 21236-0730.  The checks were not cashed within the 90 day time frame.  Numerous calls were made to contact the creditor but with no result.  A stop payment was issued to the bank and a new check was made payable to the Court.

Very truly yours,

Kate Zacharewski
Paralegal

MLF/krz

Enclosure